UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERIC MCCALL ET AL.**            CIVIL ACTION

**VERSUS**

**CEDRIC FERGUSON**            NO.: 17-00308-BAJ-RLB

## RULING AND ORDER

Considering Plaintiffs' **Motion for Issuance of Writs of Habeas Corpus Ad Testificandum (Doc. 28)**,

**IT IS ORDERED** that the Warden of Louisiana State Penitentiary produce Plaintiff, **Eric McCall #418559** and Inmate **Nathaniel LaGarge #420662** for testimony in person at the hearing on confirmation of default judgment set for September 7, 2018 at 9:30 A.M.

**IT IS FURTHER ORDERED** that the Warden of David Wade Correctional Center produce Plaintiff **Tyrone Wells #397072** for testimony in person at the hearing on confirmation of default judgment set for September 7, 2018 at 9:30 A.M.

Considering Plaintiffs' **Emergency Motion to Appoint United States Marshal as Agent for Service of Subpoena (Doc. 29)**,

**IT IS ORDERED** that the U.S. Marshal shall serve Dr. Randy Lavespere personally as required by Rule 4 of the Federal Rules of Civil Procedure wherever he may be found with a subpoena to appear at the hearing on confirmation

USM - Certified

of default judgment set for September 7, 2018 at 9:30 A.M.

Baton Rouge, Louisiana, this 4th day of September, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA